F. BEDELL WILLS et al., respondents,

*v.*

N. Ross JAMES et al., appellants.

[Decided October 27th, 1926.]

On appeal from a decree of the court of chancery advised by Vice-Chancellor Leaming, whose opinion is reported in *99 N. J. Eq. 10.*

*Mr. Furman A. DeMaris, Jr.,* for the respondents.

*Mr. Oscar B. Redrow,* for the appellants.

PER CURIAM.

The judgment under review herein should be affirmed, for the reasons expressed in the opinion of the court below.

*For affirmance*—THE CHIEF-JUSTICE, TRENCHARD, PARKER, MINTURN, KALISCH, BLACK, KATZENBACH, CAMPBELL, WHITE, GARDNER, MCGLENNON, KAYS, HETFIELD, JJ.    13.

*For reversal*—None.